**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**CHARLESTON DIVISION**

**UNITED STATES OF AMERICA**

**v.** **Case No.: 2:26-cr-00137**

**MARK A. HUNT**

# ORDER

On November 16, 2026, the Grand Jury, after retiring to their chambers and having considered its presentments, returned a report to the Court and presented the above-captioned matter as an indictment to be returned this date.

Upon the motion by the United States, it is **ORDERED** that a summons be issued for the defendant and that an initial appearance and arraignment will take place before the undersigned Magistrate Judge on ***Monday, November 30, 2026, at 2:00 p.m.*** in Charleston at the Robert C. Byrd United States Courthouse, 300 Virginia Street East, Courtroom 5400, Charleston, West Virginia.

The Clerk is directed to provide copies of this order to the defendant, all counsel of record, the United States Probation Department, United States Marshals Service, and the CJA Attorney Advisor.

**ENTER:** November 17, 2026

Dwane L. Tinsley
United States Magistrate Judge